IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| William B. Ogletree, | ) | Case No.: 04-04001-BGC-7 |
| | ) | |
| Debtor. | ) | |
| | | |
| Dennis Joslin Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | A. P. No.: 04-00139 |
| | ) | |
| William B. Ogletree, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In conformity with and pursuant to the Memorandum Opinion entered contemporaneously herewith, it is **ORDERED, ADJUDGED AND DECREED** that:

1. The Complaint to Determine Dischargeability of Debt Under 11 U.S.C. 523 and Objection to Discharge Under 727 filed on August 11, 2004, by the plaintiff, Dennis Joslin Company, is **DENIED**;

2. The debtor's request for an award of attorneys fees pursuant to 11 U.S.C. § 523(d) is **DENIED**;

3. Judgment is entered in favor of the defendant and against the plaintiff; and

4. This order is a written opinion for purposes of the E-Government Act, Pub. L. No. 107-347.

Dated: January 5, 2006            /s/Benjamin Cohen
                                                    BENJAMIN COHEN
                                                    United States Bankruptcy Judge

BC:pb